# EXHIBIT A

IN THE CIRCUIT COURT
FOR MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| WILLIAM M. HENDERSON; | § | |
| | § | |
| Plaintiff; | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: CV-2010-901507 |
| | § | |
| GOODYEAR DUNLOP TIRES NORTH | § | |
| AMERICA, LTD.; THE GOODYEAR | § | |
| TIRE AND RUBBER COMPANY; | § | |
| HARLEY DAVIDSON MOTOR | § | |
| COMPANY GROUP, LLC; HARLEY- | § | |
| DAVIDSON MOTOR COMPANY, INC.; | § | |
| HARLEY-DAVIDSON OF | § | |
| MONTGOMERY, INC.; et al.; | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S RESPONSES TO DEFENDANT GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.'S FIRST SET OF INTERROGATORIES

COMES NOW the Plaintiff, William M. Henderson, and pursuant to *Alabama Rules of Civil Procedure* responds to Defendant, Goodyear Dunlop Tires North America, Ltd.'s First Interrogatories as follows:

## GENERAL RESPONSE

Plaintiff has not completed discovery, investigation or preparation for trial, including the investigatory process of competent witnesses. Accordingly, his responses herein are complete to the extent possible based on information reasonably available at this time. Plaintiff retains the right to supplement or modify his responses based on the discovery of additional or different information, and will provide answers to

treatment of his injuries.   When, and if, additional responsive information is obtained, Plaintiff will supplement his response hereto.

14.     Identify all costs and expenses for which relief is sought in your Complaint. If any of the costs for which you seek recovery in your Complaint have been paid by insurance or by another person or entity on your behalf, please state by whom such expenses have been paid, in what amount, and state whether there is a subrogation right related to such payment.

**RESPONSE:**     **Plaintiff objects to this Interrogatory on the grounds that it seeks expert opinion and testimony.   Plaintiff further objects to this Interrogatory on the grounds that it is premature in that discovery is in the early stages and his treatment for injuries is ongoing.   Without waiving said objections, Plaintiff produces herewith copies of his medical bills that he has received to date.   Plaintiff will supplement his response to this Interrogatory at such time as additional responsive information is ascertained.   Plaintiff will provide expert information when a determination is made about experts that will testify at the trial of this case and in accordance with the Court's scheduling order.**

15.     Please describe specifically and in detail all injuries and/or damages you claim that you experienced, suffered, and/or incurred as a result of the incident made the basis of your Complaint.   Please include an explanation of what injuries, losses, or damages you have been told you may have in the future, and how you believe said injuries, losses, or damages relate to the incident made the basis of your Complaint.

8