IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM M. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-CV-295-WKW |
| | ) | |
| GOODYEAR DUNLOP TIRES | ) | |
| NORTH AMERICA, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| PAMELA STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-CV-510-WKW |
| | ) | |
| GOODYEAR DUNLOP TIRES | ) | |
| NORTH AMERICA, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon consideration of Plaintiffs' Motions to Continue Defendant Goodyear Tire and Rubber Company's ("Goodyear") Motion for Summary Judgment (Doc. # 88, 11-CV-295), which the court construe as motions for extensions of time, and Defendant's response thereto (Doc. # 89), it is ORDERED that the motions are GRANTED and that the deadline for Plaintiffs to file their responses to Defendant

Goodyear's Motion for Summary Judgment is EXTENDED from September 14, 2012 to and including **October 15, 2012**.

Pursuant to the General Briefing Order (Doc. # 37), Defendant's reply brief, if any, shall be due 7 days after the date Plaintiffs' response is filed.

DONE this 18th day of September, 2012.

                                           /s/ W. Keith Watkins  
                                  CHIEF UNITED STATES DISTRICT JUDGE