IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | | |
|---|---|---|---|
| WILLIAM M. HENDERSON, | § | | |
| Plaintiff, | § | | |
| vs. | § | CASE NO. | |
| GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD., | § | 3:11-cv-000295-WKW | |
| | § | | |
| Defendant. | | | |

**MOTION TO WITHDRAW**
**MOTION TO COMPEL**

Defendant Goodyear Dunlop Tires North America, Ltd. notifies the Court that the Motion to Compel Execution of Settlement Documents, Protective Order Documents, and Return of the Accident Tire is WITHDRAWN, and shows the Court that since the entry of the order to show cause the parties have reached an accord regarding the execution of the documents and the return of the tire.

/s/ George M. Walker
GEORGE M. WALKER   ASB-0735-W86G
J. CRAIG CAMPBELL   ASB-798H71C
JOHN E. ROLLINS   ASB-1539-H71R

OF COUNSEL:

HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601
Phone: (251) 432-5511
Fax: (251) 694-6375
 gwalker@handarendall.com
 ccampbell@handarendall.com

HAND ARENDALL LLC
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Phone: (205) 324-4400
Fax: (205) 322-1163
 jrollins@handarendall.com

                            EDWARD S. BOTT, JR.
                            *Attorneys for Defendant*
                            Goodyear Dunlop Tires North America, Ltd.

GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Ste, 2000
St. Louis, Missouri 63102
Phone:    314-241-9090
Fax:      314-241-8624
 esb@greensfelder.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 11, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

Attorneys for Plaintiff William M. Henderson
Jere L. Beasley, Esquire
Richard D. Morrison, Esquire
J. Cole Portis, Esquire
Dana G. Taunton
Beasley, Allen, Crow, Methvin, Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103-4160
    jere.beasley@beasleyallen.com
    rick.morrison@beasleyallen.com
    cole.portis@beasleyallen.com
    dana.taunton@beasleyallen.com

*/s/ George M. Walker*

1880229_1